**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| DONNA POLK, | CASE NO. 22-14004 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

## NOTICE OF FILING

**Notified via Electronic Filing**
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David Freydin, Law Offices of David Freydin Ltd, 8707 Skokie Blvd., Suite 305, Skokie, IL 60077

**Notified via US Postal Service**
Donna Polk, 1849 N. Newland Ave, Elmwood Park, IL 60707
Samara M Plummer, 1849 N. Newland Ave, Elmwood Park, IL 60707

Please take notice that on the 17th day of January 2023 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Objection to Confirmation of Plan.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following on 1/18/23:

Respectfully Submitted,

/s/ Michael N. Burke
Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-097866

**Notified via Electronic Filing**
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David Freydin, Law Offices of David Freydin Ltd, 8707 Skokie Blvd., Suite 305, Skokie, IL 60077

**Notified via US Postal Service**
Donna Polk, 1849 N. Newland Ave, Elmwood Park, IL 60707

**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION A

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| DONNA POLK, | CASE NO. 22-14004 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

### OBJECTION TO CONFIRMATION OF THE PLAN

NOW COMES the Movant, MidFirst Bank, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. This case was filed on December 4, 2022. On December 5, 2022, Debtor filed a plan.

2. Movant, a secured party in interest, holds a note (or services a loan) secured by a mortgage on the real property located at 1849 N. Newland Ave, Elmwood Park, IL 60707 dated August 2, 2019.

3. The pre-petition arrearages due the Movant total $2,066.57.

4. The Debtor's plan provides that the Trustee is to pay the Movant $0.00 as and for its arrearage claim.

5. The proposed plan impermissibly modifies the rights of Movant to receive all funds due it, thereby violating 11 U.S.C. §1322(b)(2) and 11 U.S.C. §1322 (b)(5).

6. Furthermore, the proposed plan provides for total funding over its term in the amount of $9,000.00 with estimated payments to the Trustee in the amount of $8,479.00. As the arrears owed to Movant are understated by $2,066.57, the proposed plan is unfeasible and underfunded on its face.

7. Such violations render the plan unconfirmable as a matter of law.

   WHEREFORE, MidFirst Bank prays that confirmation of the plan be denied and for such other relief as the Court deems just.

               Respectfully submitted,

                /s/ Michael N. Burke
               Attorney for MidFirst Bank

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| DONNA POLK, | |
| | CASE NO. 22-14004 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

**ORDER DENYING CONFIRMATION OF THE PLAN**

THIS CAUSE, coming on to be heard on the Objection to Confirmation of the Debtor's Plan filed by MidFirst Bank, the Court having jurisdiction and being advised in the premises, and due notice having been given;

IT IS HEREBY ORDERED that confirmation of the plan is denied.

Dated:_____

Entered:_____
Bankruptcy Judge

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-097866